IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| FRANCIS GRANDINETTI, #A0185087, | ) ) | CIV. NO. 18-00483 JAO-KJM |
|---|---|---|
| Plaintiff, | ) ) ) | DISMISSAL ORDER |
| vs. | ) ) | |
| ACHTAR HAMIDI, *et al.*, | ) ) | |
| Defendants. | ) ) ) | |

Before the court is pro se prisoner Francis Grandinetti's Complaint, exhibits, and Application to Proceed In District Court Without Prepaying Fees or Costs (IFP application). *See* ECF Nos. 1, 2. The Complaint makes no apparent claims, but refers to a new law that may require mental health screening for inmates who are eligible for parole. Attached to the Complaint and IFP Application are numerous exhibits that do little to explain the basis for this suit.

Grandinetti has accrued three strikes pursuant to 28 U.S.C. § 1915(g),[1] and may not proceed without prepayment of the filing fee unless his pleadings show that he was in imminent danger of serious physical injury at the time that he

---

[1] *See, e.g.*, *Grandinetti v. FTC Seg. Unit Staff*, 426 F. App'x 576 (9th Cir. 2011); *Grandinetti v. Abercrombie*, Civ. No. 15-00007 LEK-RLP (D. Haw. 2015); *Grandinetti v. Shimoda*, Civ. No. 05-00442 JMS-BMK (D. Haw. 2005); *Grandinetti v. Stampfle*, Civ. No. 05-00692 HG-LEK (D. Haw. 2005).

brought this action. *See Andrews v. Cervantes*, 493 F.3d 1047, 1053, 1055 (9th Cir. 2007). Nothing within the record remotely suggests that Grandinetti is or was in imminent danger of serious physical injury when he filed this action or that there is a continuing practice that injured him in the past that poses an "ongoing danger." *Id.* at 1056.

Grandinetti's request to proceed in forma pauperis is DENIED and this action is DISMISSED without prejudice. This does not prevent Grandinetti from refiling a new action with concurrent payment of the civil filing fee. The Clerk is DIRECTED to terminate this case. The Court will take no further action in this case beyond processing a notice of appeal.

IT IS SO ORDERED.

DATED: Honolulu, Hawai'i, January 7, 2019.



/s/ Jill A. Otake
Jill A. Otake
United States District Judge

*Grandinetti v. Hamidi*, No. 1:18 cv 00439 JAO KJM; 3 Stks 18, Grandinetti 18 289 (dny IFP dsm)